Report Date: May 9, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 9 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ramiro Rodriguez-Torres          Case Number: 2:10CR00086-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 4/5/2011

Original Offense:        False Statement in Application of a Passport, 18 U.S.C. § 1542

Original Sentence:       Prison - 8 Months              Type of Supervision: Supervised Release
                         TSR - 36 Months

Asst. U.S. Attorney:     Aine Ahmed                    Date Supervision Commenced: 5/24/2011

Defense Attorney:        John Barto McEntire, IV       Date Supervision Expires: 5/23/2014

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On March 24, 2013, the offender was arrested in Chelan County for second degree driving while license suspended, operating a vehicle without ignition interlock, and refusal to comply with police. On April 15, 2013, the offender was found guilty of second degree driving while license suspended, and the other two counts were dismissed. Mr. Rodriguez-Torres is currently in custody at Chelan County Jail serving his time on this conviction. |
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.<br><br>**Supporting Evidence:** The offender completed his term of incarceration on the instant Federal matter, and was deported from the United States at San Ysrdro, California, on July 2, 2011. On March 24, 2013, the offender was arrested for new law violations in Chelan County in the Eastern District of Washington. The offender did not have advance legal permission from the United States Attorney General or his designee prior to returning to the United States, nor did he contact the probation office within 72 hours of reentry. The undersigned officer was further advised by an agent of the Department of Homeland Security that a criminal complaint would be forthcoming in the near future |

Prob12C
Re: Rodriguez-Torres, Ramiro
May 9, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/09/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/9/13
Date